IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| CHARLES PHILLIP CROWN, | § § | Bankruptcy Case No. 10-34132 |
| Debtor. | § | |

| | | |
|---|---|---|
| CHARLES PHILLIP COWIN, | § § | |
| Appellant, | § § | Civil Action No. H-13-1770 |
| vs. | § § | Adversary No. 10-3585 |
| WMC MORTGAGE CORPORATION, | § § | |
| Appellee. | § | |

**ORDER SETTING HEARING ON THE
MOTION TO FURTHER EXTEND DEADLINES**

The appellant, Charles P. Cowin, has moved to extend the deadlines to allow the parties' settlement to be completed. The motion is set for hearing on **Friday, August 8,** at 8:30 a.m. in Courtroom 11-B, to review the case status, why the settlement has been delayed, and what steps remain to complete it.

SIGNED on August 5, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge